# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/21/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 03-00011DAE-LEK

**CASE NAME:** Andrew Lopez       vs. John Ashcroft, in his capacity as the Attorney General

**ATTYS FOR PLA:**
Clayton C. Ikei
Jerry P.S. Chang

**ATTYS FOR DEF:**
Harry Yee

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI         **REPORTER:** IN CHAMBERS-NO RECORD

**DATE:** 12/21/2005         **TIME:** 9:30-11:00

**ROOM:** LEK CHAMBERS

**COURT ACTION:** EP

Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager

*Created: 12/21/2005 11:39:47 AM*                    Document: 41986891