# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 03-00011DAE-LEK

CASE NAME:   Andrew Lopez vs. John Ashcroft, etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    12/22/2005                   TIME:

COURT ACTION:  EO: Further Settlement Conference set for **9:30 2/24/06 before Magistrate Judge Leslie E. Kobayashi.**

Parties are to provide the Court with Judge David Alan Ezra's ruling on Defendant's Motion for Partial Summary Judgment currently set for hearing on 01/03/06. No further Settlement Conference Statement update needed.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager