# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
    DISTRICT OF HAWAII
   12/23/2005 4:30 PM
   SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 03-00011DAE-LEK

**CASE NAME:** Andrew Lopez          vs. John Ashcroft, in his capacity as the Attorney General

**ATTYS FOR PLA:**
Clayton C. Ikei
Jerry P.S. Chang

**ATTYS FOR DEF:**
Harry Yee

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA

**REPORTER:** NONE

**DATE:** 12/23/2005

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Continued : [Defendant's Motion for Partial Summary Judgment] from 01/03/2006 10:30:00 AM to 01/17/2006 10:30:00 AM before DAE

Jan to prepare amended motion.

Submitted by: Theresa Lam, Courtroom Manager