# ORIGINAL

2003V00017
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE 3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2005

at ___ o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ,<br><br>            Plaintiff,<br><br>  vs.<br><br>JOHN ASHCROFT, in his<br>capacity as the Attorney<br>General,<br><br>            Defendant. | CIVIL NO. 03-00011 DAE LEK<br><br>AMENDED NOTICE OF MOTION FOR<br>DEFENDANT'S MOTION FOR PARTIAL<br>SUMMARY JUDGMENT; CERTIFICATE<br>OF SERVICE<br><br>DATE:   January 17, 2006<br>TIME:   10:30 a.m.<br>JUDGE: HON. DAVID ALAN EZRA |

AMENDED NOTICE OF MOTION FOR
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

To:  Clayton C. Ikei, Esq.
     Jerry P.S. Chang, Esq.
     1440 Kapiolani Blvd., Suite 1203
     Honolulu, HI 96814

     Attorneys for Plaintiff

YOU ARE HEREBY NOTIFIED that Defendant's Motion for Partial Summary Judgment will be heard before the Honorable David Alan Ezra, United States District Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Tuesday, January 17, 2006, at 10:30 a.m., or as soon thereafter as counsel may be heard.

DATED:  December 23, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANDREW LOPEZ, | ) | CIVIL NO. 03-00011 DAE LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN ASHCROFT, in his | ) | |
| capacity as the Attorney | ) | |
| General, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following person by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

Clayton C. Ikei, Esq.
Jerry P.S. Chang, Esq.
1440 Kapiolani Blvd., Suite 1203
Honolulu, HI 96814

Attorneys for Plaintiff
Andrew Lopez

DATED:  December 23, 2005, at Honolulu, Hawaii.