**TABLE OF CONTENTS**

**PAGE**

I. INTRODUCTION - PLAINTIFF FAILS TO
   DEMONSTRATE "HOSTILE WORK ENVIRONMENT" . . . . . . . . . . . 1

II. REPLY ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . 2

   A. PLAINTIFF'S CAUSE OF ACTION 11(f) . . . . . . . . . . . 2

   B. PLAINTIFF'S CAUSE OF ACTION 11(g)(1) . . . . . . . . . 7

   C. PLAINTIFF'S CAUSE OF ACTION 11(g)(2) . . . . . . . . . 8

   D. PLAINTIFF'S CAUSE OF ACTION 11(g)(3) . . . . . . . . . 9

   E. PLAINTIFF'S CAUSE OF ACTION 11(h) . . . . . . . . . . 10

   F. PLAINTIFF'S CAUSE OF ACTION 12(a) . . . . . . . . . . 12

   G. PLAINTIFF'S CAUSE OF ACTION 12(b) . . . . . . . . . . 13

   H. PLAINTIFF'S CAUSE OF ACTION 12(c) . . . . . . . . . . 14

   I. PLAINTIFF'S CAUSE OF ACTION 13(a) . . . . . . . . . . 15

   J. PLAINTIFF'S CAUSE OF ACTION 13(b) . . . . . . . . . . 15

   K. PLAINTIFF'S CAUSE OF ACTION 13(c) . . . . . . . . . . 15

III. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 18