EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANDREW LOPEZ, | ) | CIVIL 03-00011 DAE LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF COMPLIANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN ASHCROFT, in his | ) | |
| capacity as the Attorney | ) | |
| General, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF COMPLIANCE


        Pursuant to LR 7.5(b) and LR 7.5(e), the attached Reply

to Plaintiff's Memorandum of Law In Opposition to Defendant's

Motion for Partial Summary Judgment contains 3993 words.

I certify under the penalty of perjury that the foregoing is true and correct.

DATED: January 6, 2006, at Honolulu, Hawaii.

                                     EDWARD H. KUBO, JR.
                                     United States Attorney
                                     District of Hawaii


                                     By_____
                                       HARRY YEE
                                       Assistant U.S. Attorney

                                     Attorneys for Defendant