EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail: Harry.Yee@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANDREW LOPEZ, | ) | CIVIL NO. 03-00011 DAE LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR PARTIAL |
| | ) | SUMMARY JUDGMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| JOHN ASHCROFT, in his capacity as the Attorney General, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Alberto R. Gonzales, the Attorney General of the United States (substituting for former Attorney General John Ashcroft), by and through the undersigned United States Attorney, moves this Court for summary judgment on plaintiff's allegations that defendant's employees discriminated against plaintiff on the basis of his race, national origin, and creating a hostile work environment in retaliation for plaintiff's two formal EEO claims.

The grounds for this motion are set forth in the attached memorandum in support.

 DATED:  January 17, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii

          /s/ Harry Yee

          By_____
           HARRY YEE
           Assistant U.S. Attorney
          Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clayton C. Ikei   CCIOffice@hawaii.rr.com
     January 17, 2006

Served by First Class Mail:

Jerry P.S. Chang, Esq.
1440 Kapiolani Blvd., Suite 1203
Honolulu, HI 96814

Attorneys for Plaintiff
Andrew Lopez

DATED:  January 17, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____