TABLE OF CONTENTS

PAGE

I. INTRODUCTION .................................... 1

II. STANDARD OF REVIEW .............................. 2

III. SUMMARY JUDGMENT IS APPROPRIATE FOR PLAINTIFF'S
CLAIMS .......................................... 4

    1. ALLEGATIONS OF DISCRIMINATION OR DISPARATE
TREATMENT WHICH OCCURRED WITHIN 45 DAYS PRIOR
TO MARCH 2, 1998 ............................ 4

        A. PLAINTIFF'S CAUSE OF ACTION 11(f) ....... 5

        B. PLAINTIFF'S CAUSE OF ACTION 11(g)(1) .... 8

        C. PLAINTIFF'S CAUSE OF ACTION 11(g)(2) .... 9

        D. PLAINTIFF'S CAUSE OF ACTION 11(g)(3) .... 11

        E. PLAINTIFF'S CAUSE OF ACTION 11(h) ....... 13

    2. PLAINTIFF CLAIMS DISPARATE TREATMENT
AND REPRISAL/RETALIATION FOR HIS MARCH 2,
1998 PRE-COMPLAINT EEO ACTIVITY ............. 14

        A. PLAINTIFF'S CAUSE OF ACTION 12 (a) ...... 14

        B. PLAINTIFF'S CAUSE OF ACTION 12 (b) ...... 16

        C. PLAINTIFF'S CAUSE OF ACTION 12 (c) ...... 17

    3. PLAINTIFF CLAIMS DISPARATE TREATMENT AND
REPRISAL/RETALIATION FOR FILING HIS JUNE 21,
1998 EEO CLAIM .............................. 19

        A. PLAINTIFF'S CAUSE OF ACTION 13 (a) ...... 19

        B. PLAINTIFF'S CAUSE OF ACTION 13 (b) ...... 20

        C. PLAINTIFF'S CAUSE OF ACTION 13 (c) ...... 21

IV. CONCLUSION ...................................... 25