TABLE OF AUTHORITIES

FEDERAL CASES                                                      PAGE(S)

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) .......... 3

Ash v. United Parcel Service, Inc., 800 F.2d 409
    (4th Cir. 1986) ................................... 3, 23

Ballinger v. North Carolina Agr. Extension Service,
    815 F.2d 1001, cert., denied, 484 U.S. 897
    (4th Cir. 1987) ....................................... 2

Brooks v. City of San Mateo, 229 F.3d 917
    (9th Cir. 2000) ...................................... 15

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ................. 3

Chalk v. Secretary of Labor, 565 F.2d 764, cert. denied,
    435 U.S. 945 (1978) ................................... 3

Chandler v. Roudebush, 425 U.S. 840 (1976) .................... 2

Furnco Const. Corp. v. Waters, 438 U.S. 567 (1978) ........... 24

Godwin v. Hunt Wesson, Inc., 150 F.3d 1217 (1998) ............ 24

Goldberg v. B. Green and Co., Inc., 836 F.2d 845
    (4th Cir. 1988) ...................................... 23

Hazen Paper Co. v. Biggins, 507 U.S. 604 (1993) ............... 5

Kortan v. California Youth Authority, 217 F.3d 1104
    (9th Cir. 2000) ...................................... 21

Local 28 of Sheet Metal Workers' Intern. Ass'n v.
    E.E.O.C., 478 U.S. 421 (1986) ........................ 24

Lujan v. National Wildlife Federation, 497 U.S. 871
    (1990) ................................................ 3

Lyons v. England, 307 F.3d 1092 (9th Cir. 2002) .............. 21

Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.,
    475 U.S. 574 (1987) .................................. 3, 23

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) ..... 5, 25

Medina-Munoz v. R.J. Reynolds Tobacco Co., 896 F.2d 5
    (1st Cir. 1990) ......................................... 23

Pejic v. Hughes Helicopters, Inc., 840 F.2d 667
    (9th Cir. 1988) .......................................... 4

Petty v. Rumsfeld, Secretary, Dept. of Defense,
    2003 WL 21686852 (E.E.O.C.), 20 (July 11, 2003) ........... 5

Ray v. Henderson, 217 F.3d 1234 (9th Cir. 2000) .............. 16

Raytheon Co. v. Hernandez, 124 S.Ct. 513 (2003) ........... 5, 24

Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133
    (2000) .................................................. 25

Ross v. Communications Satellite Corp., 759 F.2d 355
    (4th Cir. 1985) ...................................... 3, 23

Sorba v. Pennsylvania Drilling Co., Inc., 821 F.2d 200
    (3rd Cir. 1987) ......................................... 23

St. Mary's Honor Center v. Hicks, 509 U.S. 502 (1993) ........ 24

Vasquez v. County of Los Angeles, 349 F.3d 634
    (9th Cir. 2004) .................................. 6, 11, 15

Villiarimo v. Aloha Island Air, Inc., 281 F.3d 1054
    (9th Cir. 2002) ......................................... 24