CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.5(c), I hereby certify that Defendant's Motion for Partial Summary Judgment has a word count of 5544 words.

I certify under the penalty of perjury that the foregoing is true and correct.

DATED: January 17, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              /s/ Harry Yee

                              By_____
                                HARRY YEE
                                Assistant U.S. Attorney

                              Attorneys for Defendant
```