# Exhibit "1"

BEST COPY AVAILABLE

has to share a phone with Ben Bumanglag. The phone in Ben's cubicle is the nearest phone to Andrew Lopez' desk. Their desks are separated by a partition.

59. Andrew Lopez never told me that he had a problem with not having a phone on his desk. Even if he had done so, the only consolation I could have provided would have been to remind him that we are scheduled to move to another location where he will have his own phone. I anticipate this move to take place around July 1999. In the meantime, we are already using the maximum number of phone lines available to us.

60. It is also noteworthy that Andrew is not the only person affected by the limited phone line availability. All of the Supervisory Inspectors downstairs have to share phones. Two other Senior Inspectors, Ricky and Richard, also share a phone.

ISSUE 14:    ASKED TO PERFORM DUTIES UNRELATED TO HIS POSITION

61. We are often short-handed during the peak Asian travel time. Congress mandates that flights be cleared in a specified time. Consequently, Seniors and others have to be assigned to Primary to clear those flights. The Senior Inspectors' Position Description even specifies that 5% of a Senior Inspector's time shall be conducting Primary, Secondary and other duties as assigned. [handwritten insertion: or working a case under a deadline]

62. Every Senior Inspector who is not in court works Primary along with other INS employees who are not normally assigned to Primary Inspections when the workload

EXHIBIT "1"