# Exhibit "3"

present the facts in the most understandable and persuasive way possible. He does not, however, produce fiction. All of the facts can be corroborated.

8. I have never disagreed with changes Kelly has made to my affidavits. However, I would not hesitate to challenge his changes if I disagreed with them. Kelly is flexible. He is not a tyrant AND IS OPEN TO CHALLENGES TO HIS DECISIONS.

Q: The Investigator has asked me whether I have a phone on my desk.

9. I share a phone and a cubicle with Richard Westlake. The phone is on a bookshelf within arm's reach. I am not too inconvenienced by this arrangement because I am not on the phone all day. The nearest phone to Andrew Lopez is about eight feet away. This probably is a little inconvenient for him but he, like I, is not constantly on the phone. ALTHOUGH, I CAN EMPATHISE WITH ANDREW'S COMPLAINT ON THIS MATTER.

Q: The Investigator has asked me whether I have received or felt a need for training on the Asian Organized Crime database.

10. We received on the job training. If a person needs help with the Asian Organized Crime database, they simply have to ask someone to help them. THIS IS NOT A TOPIC THAT WOULD WARRANT FORMAL TRAINING.

Q: The Investigator has asked me about Andrew's participation in the Carrier Consultant Training that I have provided to the airlines.

11. The Carrier Consultant training that we have offered in Honolulu is a courtesy training to the airlines designed to help them identify fraudulent documents. It is not as extensive as the formal training that INS provides through the Carrier Consultant Program in Washington, D.C.

12. I received formal Carrier Consultant training in Washington, D.C. Richard Westlake, who has also been involved in providing the training, was not trained at

EXHIBIT "3"

BEST COPY AVAILABLE

001700