# Exhibit "5"

43

SSRI BREHM states that the first date that SRI LOPEZ received AUO was on the first pay period after he assumed duties in the SRI Unit. Sometime in January or February. He had to wait because he was not eligible for it while in training status. He may have waited about 4 months from his EOD date.

He was never given duties that other SRIs were not given other than his training, but they did not need the training. SRI LOPEZ needed it because he did not come from an Inspections background.

When asked if SRI LOPEZ has a phone on his desk SSRI BREHM stated. No, but then two other SRIs don't have phones on their desks either. SRI MURATA and SRI WESTLAKE. SRI LOPEZ is supposed to share the phone with SRI BUMANGLANG.

SSRI BREHM states that SRI LOPEZ has the largest square footage of workspace amongst all of the SRIs.
After the District Director interviewed SSRI BREHM on May 14, 1998, SSRI BREHM went back to his office and measured everyone's workspace. SSRI BREHM provided the following measurements:

|   | | Square footage of Work Space for SRI Cubicles |
|---|---|---|
| a) | SRI LOPEZ | 70 |
| b) | SRI MOSS | 67.5 |
| c) | SRI KOJIMA | 67.5 |
| d) | SSRI BREHM | 65 |
| e) | SRI MURATA | 58.5 |
| f) | SRI WESTLAKE | 58.5 |
| g) | SRI BUMANGLANG | 56 |

SSRI BREHM states that he gave him several choices to give training in. He was told he could train in Russian or Chinese. He has done Fraudulent Document Training in Aug 97 with SRI MURATA. He states that he does not limit him to training as a Carrier Consultant. SSRI BREHM states that he told him that he would like to assign him to do Carrier Consultant training with SRI MURATA. SRI LOPEZ never voiced an objection.

EXHIBIT "5"

001426