# Exhibit "6"

his cubicle and must take two or three steps into my cubicle if he wishes to use that phone. He is not the only person who uses that particular phone, as it is sometimes also convenient for others to use it. Having others use the phone in my workspace does not inconvenience me.

8. Unfortunately, there are not enough phone lines to go around. Two of the Seniors share a cubicle with one phone. There are other phones in the back room so there are alternatives. The amount of time we spend on the phone varies widely depending on what we are doing.

9. The Investigator has asked me whether I have had to work overtime, or drop whatever else I had planned because there was a situation that needed immediate attention such as getting a Japanese national who was under deferred inspection on a plane with short notice. There are at least two instances that I remember where I had very little time to get a person on the next flight out of Hawaii. My usual shift is 8:00 a.m. – 4:00 p.m. but I often work late and sometimes have to come in early to accomplish what needs to be done. We receive AUO in Inspections simply because the nature of our work often requires that we work longer than our assigned shift.

10. The Investigator has asked me whether Kelly Brehm has ever given me written deadlines in which to accomplish my work. It is ~~extremely~~ rare for Kelly to put a deadline in writing for me. Typically, I ask him what the deadline is and discuss his priorities for the work I am doing. I'm usually the one to write down the deadlines ~~not Kelly~~ after the date/time is confirmed with Kelly.

EXHIBIT "6"