# Exhibit "8"

1  an hour, four hours, three hours, whatever, then
2  you can kind of judge what you can or can't do in
3  the case.
4         Like I said, this is what we call an
5  expedited one. Maybe there were thirty things on
6  the checklist but you know you only have an hour.
7  So you only do ten, and ten is enough to find this
8  person inadmissible. But the other, say, twenty
9  would have been nice to have done if you could
10 have, if you had the time. Sometimes we don't
11 fingerprint the person because we just don't have
12 the time.
13     Q.   What time did you have to get this
14 Japanese male alien on a flight?
15     A.   As I recall in Pat Murray's testimony in
16 the EEO counselor's report, the plane left at
17 1:30. And, like I said, I was waiting outside the
18 door when the alien actually came in. And I
19 wasn't alerted, I believe, until around 11:30 or
20 12.
21     Q.   Are the flights to Japan regularly
22 scheduled?
23     A.   Yes.
24     Q.   Prior to January 26, 1998 did you know
25 when those flights departed from Honolulu

EXHIBIT "8"                    100830