# Exhibit "9"

Case 1:03-cv-00011-DAE-LEK   Document 58-11   Filed 01/17/2006   Page 1 of 2

Q:        Why do you think that management's actions were based on your race/national origin and reprisal?

46. This is part of a pattern of adverse actions and disparity in treatment. I was the only Senior that was treated differently in the Service of a PWP. Each and ever other non-Latino Senior was served their PWP on 05/06/98 and rated during the correct rating period with this PWP This was done with the same individual (s), it happened in the same general scheme of the PWP services and with the same effect-causing a racially hostile work environment and a continuing pattern of harassment at my work location against me. I also feel that this was done in an attempt to force me out of the Senior unit and back to Los Angeles.

ISSUE 5:    1/26/98 – ASSIGNED A CASE WITHOUT DISCUSSING THE TIME LINE FOR A KEY EVENT

Q:        What was the "key event"? Are such events always discussed? What is the normal turn-around for a case like the one in question? Did you have time to do it? Did others? Could someone else have been assigned?

47. A criminal history check was done on a Japanese male attempting to enter the US. This check was done at a U.S. Embassy in Japan and the male's inspection was deferred until the results of the check came back. Because of the time difference (19 hours) this check came back to the port and was available when Kelly Brehm arrived in the morning at 6:00 am.

48. Based on this positive record check, Kelly Brehm knew that it required that we call the alien back in, initiate refusal proceedings against him and put him on the next available plane. The Key Event is the refusal and subsequent escort to the plane for a departure back to Japan.

49. Kelly Brehm knew that I had to retrieve the Japanese alien in question that day because, when criminal activity is determined, the alien is called back to the airport and placed on the next plane home. Kelly, however, held the document until 10:30 a.m. before telling me that the alien had a criminal background. I believe that Kelly Brehm withheld this information simply to pressure me.

Q:        Have other Senior Immigration Inspectors received cases where key events have not been discussed? Who? Explain.

50. To my knowledge, no other Senior Immigration Inspector has been subjected to undue pressure like I was in this instance. It is common for Senior Immigration Inspectors to help one another when aliens have to be retrieved. I was left to handle this situation myself. I have only been left in a lurch like this once.