# Exhibit "10"

January 28, 1998

Andrew,

The following HIA files have been assigned to you. By the end of today, they are to be completed and on my desk. They are as follows:

**HIA-NP-97-256** - this case pertains to ▓▓▓▓▓▓ #1 ▓▓▓▓▓▓. It appears from the log that ▓▓▓ was a suspected criminal alien who arrived in Honolulu on November 10, 1997. The log indicates that ▓▓▓ was eventually determined to be admissible. This file shouldn't take more than a few minutes to complete as it only needs to reflect what was done to determine that he was admissible.

**HIA-97-010** - this is ▓▓▓▓▓▓ #2 ▓▓▓▓▓▓, the criminal prosecution case which I assigned to you beginning on December 05. ▓▓▓▓▓ was convicted on December 18 and departed for Japan the following day. That was one day short of six weeks ago. I expect to see his completed A file, (A75 467 705), on my desk today also.

**HIA-D-98-006** - this case pertains to ▓▓▓▓▓ #3 ▓▓▓▓▓, a criminal alien who was refused entry on January 26. I have reassigned file number HIA-NP-98-010 to this case to indicate that it was not presented, ("NP"), to the U.S. Attorney here. Persons who are refused entry under the Visa Waiver Program on the basis of their admissions about their criminal history are almost always assigned NP files. I cannot at the moment think of any circumstances under which this would not be the case.

You assigned it a declination file, ("D"), to indicate that it was either individually presented and declined for prosecution for one reason or another or that it is a case which falls within the heading of a blanket declination for prosecution. For our purposes here in this office, this designation usually only applies to cases involving one-time document fraud.

Also, you have listed two A files for this individual. If you know that an A file already exists on this person, you should create a temporary A file to reflect action taken here to refuse his entry. That temporary A file will then be forwarded through RA&I for consolidation with the existing A file.

As always, if you have any questions about this or anything else pertaining to your duties as an SRI, I am available to answer your questions. As I have told you previously, I expect you to come to me with your questions, instead of asking other SRI's what they think.

Kelly

BEST COPY AVAILABLE

EXHIBIT "10"

001905

R H