# Exhibit "14"

ISSUE 9:   3/17/98 – ASSIGNED TO SECONDARY FOR 3RD DAY

38. There are six Senior Inspectors who cover six days and one odd shift/week. Due to leave, details, and other circumstances, someone will be assigned to Secondary more than once a week. My decision as to who to assign to Secondary is based on who is most available.

39. Compared to the other four Senior Inspectors, Ricky Murata and Andrew Lopez are underachievers. Andrew Lopez typically carries two to three times fewer cases than the other Senior Inspectors do at a given time. Both he and Ricky have been assigned to Secondary more often than others have because their active caseloads are smaller. This is due to the fact that many of the Senior Inspectors generate their own cases while Andrew waits for cases to come to him.

40. In assigning Andrew to Secondary, I gave him first crack at prosecution cases. This also factored into my decision to assign him Secondary duties more frequently than others were assigned. Ironically, I thought that he might allege that he was not given the opportunity to do his share of prosecution cases in that others, who are more proactive than he is, typically do many more such cases than Andrew Lopez does. Andrew's assignments to Secondary were well motivated and meant to serve both Andrew and the Immigration and Naturalization Service.

EXHIBIT "14"