# Exhibit "15"

excellent grammar. His corrections improve the "FLOW" OF document. Practically all of the written documents the Senior Inspectors produce have plenty of red ink on them after Kelly has reviewed them. He has even required that some of the Senior Inspectors take training in grammar because he wants our documents to be as nearly perfect as possible.

Q: The Investigator has asked whether I have ever been assigned to Secondary for three consecutive days.

6. Assignments to Secondary are MADE ON A MASTER SCHEDULE. ~~directly related to one's caseload~~. There is a master schedule whereon you can practically count on being assigned to Secondary the day after your day off. I am usually assigned to work Secondary about twice a week. However, I may be called to Secondary on other occasions as well. Because I speak Japanese, I am often called to Secondary when help is needed with a Japanese national. A Senior Immigration Inspector can only do one case at a time and I have been called to Secondary to cover a second case that has come in while the SRI assigned to Secondary dealt with the first case. Sometimes Senior Inspectors are sick, on detail, or involved in other cases. I will sometimes be asked to cover Secondary under those circumstances, AS THERE ARE ONLY SIX SENIOR INSPECTORS. ~~There are only six of us. The optimum is to have two people work Secondary every day but I sometimes work Secondary alone.~~

Q: The Investigator has asked whether Kelly has ever changed an affidavit that I have prepared.

7. Kelly proofs and changes every affidavit that I HAVE SUBMITTED ~~we submit~~ to the Assistant U.S. Attorney Office. He makes changes both to format and to content in an effort to

Page 3 of 6                    EXHIBIT "15"                    Initials _____

001699

BEST COPY AVAILABLE