# Exhibit "16"

<u>15%</u>    5.  Responsible for reviewing all motor vehicle seizure documents for
the port of entry to determine if the conveyance is subject to
seizure for a violation of 8 USC 1324(b) and in accordance with
Service guidelines. Conducts interviews with registered owners,
attorneys, and lien holders to clarify seizure and condemnation
procedures, to notify interested parties/concerns that the vehicle
has been seized, and to provide information on appeal rights and
procedures. The purpose of the interviews is to obtain facts and
evidence surrounding the violation. The information obtained
during the interview is used in determining whether the
condemnation procedures should be continued, and in determining if
the individuals are illegal aliens or are involved in smuggling.
Prepares reports and documents pertaining to the apprehension and
interrogation of the alien, and final disposition of the case. The
incumbent accepts claim and cost bonds which are forwarded with
the investigative reports to the US Attorney for civil
condemnation proceedings. Reports forfeited vehicles ready for
sale to GSA, coordinates the viewing of the vehicles by the
public, releases the vehicles to the purchaser after sale, and
maintains inventory of vehicles and property including appraisal
of value. Receives and accounts for monies received, and
maintains data and prepares reports regarding the vehicle seizure
program.

<u>5%</u>    6.  Performs other law enforcement, inspections, and investigative
duties as assigned.

III.  <u>Supervision Received and Guidelines</u>

The incumbent works under the general supervision of the Assistant
Port Director who relies on the incumbent to operate with a high
degree of independence. Work is appraised by reviewing completed
reports and presentations for adequacy, completeness , adherence
governing laws, regulations, and policies and overall accomplishment
of objectives. Written guidelines include the Immigration and
Nationality law and regulations, INS Administrative Manual, Service
Lookout Book, Operations Instruction, precedent decisions and
policies, and the Examinations Handbook. The incumbent exercises
sound judgement in interpreting the law and in enforcing it.

BEST COPY AVAILABLE