# Exhibit "20"

| ROUTING AND TRANSMITTAL SLIP | Date 3/5/98 | | EXHIBIT F18 |
|---|---|---|---|
| TO: (Name, office symbol, room number, building, Agency/Post) | | Initials | Date |
| 1. | | | |
| 2. Andrew | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| ☑ Action | File | Note and Return |
|---|---|---|
| Approval | For Clearance | Per Conversation |
| As Requested | For Correction | Prepare Reply |
| Circulate | For Your Information | See Me |
| Comment | Investigate | Signature |
| Coordination | Justify | |

REMARKS

Please correct your memo to file and return to me w/file.

**BEST COPY AVAILABLE**

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

FROM: (Name, org. symbol, Agency/Post)   Kelly

Room No.—Bldg.

Phone No.

5041-103
*U.S. Government Printing Office: 1996 — 404-762/40005
OPTIONAL FORM 41 (Rev. 1-94)
Prescribed by GSA

RAFACS TEAM:

Please transfer file to:
☐ Exams-Duty Officer (Exclusion Hearing)
☐ Exams-ADDE (Adjud. Denial)
☑ RA&I Add to CIS/File (Withdrawal/Refusal)
☑ Other:

EXHIBIT "20"

001908

# Memorandum



| Subject ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ File #: T76 342 715 | Date 03-02-98 |
|---|---|

To
File A76 342 715

From
Andrew Lopez
Senior Inspector
Honolulu, Hawaii

On Friday, February 27, 1998, ▓▓▓▓▓▓▓▓▓▓▓ #4 (A76 342 715) arrived at Honolulu, Hawaii, port of entry aboard ~~CO-2~~ originating from GUAM, AGANA, ~~FIELD~~. *Continental Airlines flight number 2, (CO2), possible*

Subject was identified by U.S. Customs Service (USCS) through TECS as being a match for a person arrested on 05/31/96 by INS San Ysidro for attempted illegal entry. ~~This identification was made~~ utilizing the following information *biographical pertains to this person*:

NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ #4

DOB: ▓▓▓▓▓▓▓

POB: Mexico

FILE #: A74 411 578

HEIGHT: 5'6"

WEIGHT: 150

EYES: Brown

HAIR: Black

FBI: 956461CB1

**BEST COPY AVAILABLE**

A subsequent interview and a fingerprint check of subject ~~by the State of California, Department of~~ *who arrived in Honolulu on CO2*

Justice revealed the following <u>true</u> identification of subject:

| | |
|---|---|
| NAME: | ▓▓▓▓▓▓▓▓▓▓▓▓ #4 |
| DOB: | ▓▓▓▓▓▓ |
| POB: | Mexico |
| FILE #: | A76 342 715 |
| HEIGHT: | 5'6" |
| WEIGHT: | 145 |
| EYES: | Brown |
| HAIR: | Black |
| FBI: | 623051DA2 |
| CII #: | A07878599 |

A fax was received from the State of California, Department of Justice documenting this subject's in which criminal history, his driving history and three (3) fingerprint cards documenting three (3) instances were subject was arrested.

Subject was interviewed and admitted to the arrests contained in the State of California, Department of Justice CII printout. Subject also claims to have been deported on or about 1984/1985. However, no record of this deportation could be located. Also, although not complete, contained in subject's CII record is the following number, A4913855, indicating that subject may have been issued another A number.

Lastly, it should be noted that subject is an <u>applicant for permanent residence</u> under 8CFR 274A.12 (C)(09), "adjustment of status to lawful permanent residence pursuant to part 245 a". He claims he is married to a United States citizen and was scheduled to have an interview with INS on Monday, March 2, 1998. A review of his criminal history indicates that he may statutorily ineligible for this benefit.

Form G-2
(Rev. 1-2-80)

001910

# Memorandum

| Subject | Date |
|---|---|
| █████████████████ File #: T76 342 715 | 03-02-98 |

| To | From |
|---|---|
| File A76 342 715 | Andrew Lopez<br>Senior Inspector<br>Honolulu, Hawaii |

On Friday, February 27, 1998, ██████████████ #4 (A76 342 715) arrived at Honolulu, Hawaii, port of entry aboard CO 2 originating from GUAM, AGANA FIELD.

Subject was identified by U.S. Customs Service (USCS) through TECS as being a match for a person arrested on 05/31/96 by INS San Ysidro for attempted illegal entry. This identification was made utilizing the following information:

NAME: ████████████████████ #4

DOB: ██████

POB: Mexico

FILE #: A74 411 578

HEIGHT: 5'6"

WEIGHT: 150

EYES: Brown

HAIR: Black

FBI: 956461CB1

A subsequent interview and a fingerprint check of subject by the State of California, Department of

001911

Form G-2
(Rev. 1-2-80)

Justice revealed the following <u>true</u> identification of subject:

NAME: █████████████ #4

DOB: ████

POB: Mexico

FILE #: A76 342 715

HEIGHT: 5'6"

WEIGHT: 145

EYES: Brown

HAIR: Black

FBI: 623051DA2

CII #: A07878599

A fax was received from the State of California, Department of Justice documenting this subjects' criminal history, his driving history and, three (3) fingerprint cards documenting three (3) instances were subject was arrested.

Subject was interviewed and admitted to the arrests contained in the State of California, Department of Justice CII printout. Subject also claims to have been deported on or about 1984/1985. However, no record of this deportation could be located. Also, although not complete, contained in subject's CII record is the following number, A4913855, indicating that subject may have been issued another A number.

Lastly, it should be noted that subject is an <u>applicant for permanent residence</u> under 8CFR 274A.12 (C) (09), "adjustment of status to lawful permanent residence pursuant to part 245 ..". He claims he is married to a United States citizen and was scheduled to have an interview with INS on Monday, March 2, 1998. A review of his criminal history indicates that he may statutorily ineligible for this benefit.

Form G-2
(Rev. 1-2-80)

001912