# Exhibit "21"

Is it not management's responsibility to monitor the quality of the written work produced? Does management criticize other people's work? Whose? How were you adversely affected?

58. March 5, 1998 was the first time I wrote a Memorandum that was reviewed by Kelly Brehm. A copy of that memo (Memorandum to File A76 342 715, dated March 2, 1998) is provided for this report. It shows the changes Kelly Brehm made to my narrative. Also, as will be addressed in issue # 11, Kelly Brehm made extensive changes to an affidavit I wrote. This affidavit was written on May 1, 1998 and its structure and content were based on my experience writing affidavits gained as a Special Agent in Los Angeles.

59. Kelly Brehm criticized the memo and has continued to criticize virtually every narrative I have since produced from a stylistic point of view. Kelly Brehm stifles my self expression, linguistic characteristics, and preference for words. Individual expression is one of the most fundamental elements that make human beings unique as individuals. I feel that this is an example of Kelly Brehm abusing his position by controlling one of the fundamental venues that define me as an individual-speech and expression. Further, I feel that this is done by Kelly Brehm in an attempt to exert his power and dominance over me and demonstrate my inadequacy as a member of a minority group.

60. The Immigration Service is not a venue for playing academia with service employees. I was a higher level Manager than Kelly Brehm and there is no document/directive/policy or procedure which directs Service Managers to impose their own preference for words and structure of sentence on their employees' work product. Further, this would be an undue burden on any Manager to master the English language to such a degree that he/she would be required, as a condition of employment, to correct other degreed Service employees. Checking for typographical errors is common and it's normal for employees to give their work product to other employees for a re-read to catch these errors. This was not the case. This was a simple Memo to clarify an issue of identity and the words I used were adequate for the readers of this Memo-other Service employees.

61. Kelly Brehm likes to look at everything that goes out of the office. I don't know whether he criticizes other people's work.

62. The past correspondence that I wrote as a Special Agent (Criminal Investigator) and GS-13 Supervisor were adequate for 1) the Service, 2) the U.S. District Courts and 3) outside agencies. This is evident by the fact that I received outstanding on all my PWP ratings. There was more writing involved in the work I did in Los Angeles than in my current position. Yet, my writing has never before been criticized. Kelly Brehm is the only supervisor that felt a need to correct my work in this area.

EXHIBIT "21"