# Exhibit "22"

moved it to the far side of the room, away from the other Senior Inspectors. I see this as evidence that he chooses to isolate himself.

**BEST COPY AVAILABLE**

35. I do not have problems trying to get the other Senior Inspectors to talk to me. On the contrary they all make liberal use of my time.

### ISSUE 8      3/5/98 – COMPLAINANT'S WRITING STYLE WAS CRITICIZED

36. The Investigator has shown me a memorandum written by Andrew Lopez and told me that this is the written document to which Andrew refers when he alleges that I criticized his writing style. This memorandum is not the first piece of Andrew's written work to which I made corrections. The corrections I made on the memorandum in question are typical of the corrections I make on practically all written documentation produced by the Senior Inspectors. I do not consider those changes to be "petty" or "unnecessary" as Andrew characterizes them.

37. Richard Westlake is the only Senior Immigration Inspector whose documents are often letter perfect. Every other Senior Inspector expects changes to his or her written documentation. I treat them all equally. Andrew Lopez' written work is good. I would rank it second or third among the documentation received from the six Senior Inspectors in the unit. He produced one excellent prosecution report.

EXHIBIT "22"