# Exhibit "23"

11. The Investigator has asked me whether I have observed difficulties in Andrew's communications with Kelly and vice versa that might prompt Kelly to instruct Andrew to ask questions only of him. I would interpret that instruction as meaning that Kelly wants Andrew to go to the source so that there is no miscommunication. Andrew tends to keep to himself. I, on the other hand, perpetually keep Kelly advised as to what is happening. Kelly does not discourage the communication.

12. The Investigator has asked whether Kelly Brehm reviews my written work. I show my written work to Kelly and ask for input. I think it is appropriate that he review my affidavits and reports. ~~He will often make~~ There have been times when Kelly has made changes to the work I have produced. Occasionally we disagree on how something should be written but we are able to discuss it and come to an agreement.

13. The Investigator has asked me whether I have ever had to work Secondary three days in a row. I am often summoned to Secondary when I am not officially assigned to Secondary. It is our job to find violators and to respond to cases. I also visit Secondary on my own to see if something is happening or if I can be of service to the Secondary Officers. They often value a second opinion. The Secondary Officers will also specifically page me when certain types of cases arise because they know that I will be interested in them. I am kept extremely busy.

14. The Investigator has asked me whether I was given or needed training to use the Asian Organized Crime database. There was no formal training. I was walked through it once or twice. The database has a menu. Anyone who has questions