# Exhibit "24"

3.  I do not remember ever receiving a formal written instruction like that but Kelly regularly provides handwritten notes reminding and prompting me as to things he wants done. The lists, written on slips of paper, will appear on my desk or in my in-basket. I do not remember ever receiving a note with time constraints as to when the work had to be finished.

Q:  The Investigator has told me that Andrew Lopez was once instructed to bring all of his questions to Kelly rather than to the other Senior Immigration Inspectors. She has asked me how I would interpret that instruction.

4.  Andrew Lopez is relatively new to Inspections while the rest of us come from an Inspections background. Kelly has a certain way that he likes things done and he does not like to deviate from the way he wants something. If Andrew were to ask one of us for help, we might give him a short cut rather than showing him the proper way to do something. Also, all of the Senior Immigration Inspectors are always very busy so it makes sense for Andrew to go to Kelly when he needs help.

Q:  The Investigator has asked whether Kelly corrects my written work.

5.  I am a good writer but I often get documents back that Kelly has corrected. The corrections help me improve my writing skills. Kelly is meticulous and has

BEST COPY AVAILABLE

Page 2 of 6                                                                                      Initials _____

EXHIBIT "24"                                              001698

"FLOW" OF excellent grammar. His corrections improve the document. Practically all of the written documents the Senior Inspectors produce have plenty of red ink on them after Kelly has reviewed them. He has even required that some of the Senior Inspectors take training in grammar because he wants our documents to be as nearly perfect as possible.

Q: The Investigator has asked whether I have ever been assigned to Secondary for three consecutive days.

6. Assignments to Secondary are ~~directly related to one's caseload~~ MADE ON A MASTER SCHEDULE. There is a master schedule whereon you can practically count on being assigned to Secondary the day after your day off. I am usually assigned to work Secondary about twice a week. However, I may be called to Secondary on other occasions as well. Because I speak Japanese, I am often called to Secondary when help is needed with a Japanese national. A Senior Immigration Inspector can only do one case at a time and I have been called to Secondary to cover a second case that has come in while the SRI assigned to Secondary dealt with the first case. Sometimes Senior Inspectors are sick, on detail, or involved in other cases. I will sometimes be asked to cover Secondary under those circumstances, AS THERE ARE ONLY SIX SENIOR INSPECTORS. ~~There are only six of us. The optimum is to have two people work Secondary every day but I sometimes work Secondary alone.~~

Q: The Investigator has asked whether Kelly has ever changed an affidavit that I have prepared.

7. Kelly proofs and changes every affidavit that ~~we submit~~ I HAVE SUBMITTED to the Assistant U.S. Attorney Office. He makes changes both to format and to content in an effort to

Page 3 of 6                                                                 Initials _____

001699