# Exhibit "25"

28

**Dennis THOMPSON**  Deputy Port Director
USINS
Honolulu International Airport
300 Rodgers Blvd, #50 - 2nd flr
Honolulu, HI 96819
Phone: (808) 861-8400

At 1315 hours, I conferred with Mr. THOMPSON. He related he will
speak with SSRI BREHM to have SRI LOPEZ assigned to the District
Office on 4/10/98, 0800 hours. I informed him that Mr. LOPEZ has
initiated a complaint against the Service and that the District Director
authorized him typing space in the District Office in order to get the facts
of the complaint. He related that SSRI LOPEZ is granted permission to
report directly to the District Office in order that he be able to type his
report. He will notify SSRI BREHM and have the Daily Assignment
Schedule updated. At present he is the Immediate Supervisor for SSRI
BREHM and the Second Line Supervisor for SRI LOPEZ.

April 10, 1998      **Andrew LOPEZ** (Aggrieved Person)

At 0800 a.m., I met with the Aggrieved Person at the District Office
at 595 Ala Moana Blvd, in Supervisory Special Agent Melvin L. GREY's
Office (this office is adjacent and across the hall from the District
Director's office). Mr. LOPEZ provided me with over twenty-five (25)
additional events and acts that indicate disparity of treatment and leads
him to believe that he is being discriminated against because of his race;
national origin and reprisal. The information is contained in part **3a.
Background Information** and part **4. Chronology of Events:**
of this EEO Counselor report.

**Donald A. RADCLIFFE**    (District Director)

At about 2:05 p.m. I met with District Director Donald A. RADCLIFFE
in his office. I informed him of some of the additional twenty five points
of disparity of treatment that Mr. LOPEZ had presented to me. I informed
him that Mr. LOPEZ needs more time to document all of the facts and Mr.
RADCLIFFE approved more time if necessary. He stated if more time
is needed it will be O.K.

EXHIBIT "25"

001411