# Exhibit "26"

**ISSUE 10:** 4/8/98 – MANAGEMENT ANNOUNCED TO STAFF THAT COMPLAINANT'S SCHEDULE WOULD CHANGE TO ACCOMMODATE HIS VISITS TO EEO.

41. I do not have a clear recollection of exactly what occurred when I told Andrew Lopez that his shift would have to change to 8:00 a.m. to 4:00 p.m. for him to accomplish his EEO mission. I had been informed that Andrew would need to go to the District Office for a couple of days to accomplish that mission. I do not see how relaying that information to him was insensitive. EEO is much respected by both management and staff here.

42. I did not announce to staff that Andrew's schedule would change to accommodate his visits to EEO. I never discussed Andrew's EEO activity with any member of my staff. When I conveyed the schedule change to Andrew, I told him at his desk. I did not use that opportunity to make his EEO activities public. Rather, I simply relayed the information to him.

43. Although I never told my staff about Andrew's EEO activity, it is highly likely that the other Senior Inspectors suspected that Andrew Lopez was involved in filing an EEO complaint. The INS staff at the Honolulu International Airport recognizes Ron Jackson, the EEO Counselor, as the EEO Counselor. Ron met with both Andrew and me at the Honolulu International Airport.