# Exhibit "29"

can ask a coworker who will help them. The only operations we do on the database are to enter and retrieve data.

15. The Investigator has asked me whether I ever overheard Kelly discuss Andrew Lopez' EEO complaint with him. The answer is "no". Kelly is very careful about privacy issues. I don't think that he would ever intentionally compromise anyone's privacy.

16. I am surprised at Andrew's complaint. I think Kelly is fair and treats everyone in the unit with equal respect.

I have read the above statement consisting of __5__ pages and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to interested parties (those with a legal right to know).

_____
(Affiant signature)

01/29/99
(Date)

Subscribed and sworn/affirmed
before me at _____
on this _____ day of _____, 199___

_____
(Investigator or witness signature)

EXHIBIT "29"