# Exhibit "30"



Attorneys office. Even if they concurred that this was not supposed to be done by Kelly Brehm, they still see us as one entity (INS) and I will instantly develop a "bad" reputation in a small U.S. Attorneys office, a place which I depend heavily on for my livelihood as a investigator with the Service.

77.   By definition, an affidavit is a sworn statement made by the person writing it based on his/her knowledge of the facts. Kelly Brehm had no right to change the facts as known by his employee. Management can educate the employee on facts that are unknown to the employee but not change known facts as was done here.

78.   I only wrote one affidavit during this time period so this was a one-time occurrence for me. I doubt that he has compromised other Senior Immigration Inspectors in this way. Had Kelly Brehm been successful in compromising my credibility with the small U.S. Attorneys office, he could have effectively barred me from being able to perform the duties of a Senior Inspector (My Exhibit B). This is a case where Kelly Brehm asserted his dominance over me and caused me unnecessary harm and grief. Kelly Brehm had full knowledge of the true facts and intentionally misinterpreted the facts of this case. He ordered me to give him my work product so he could modify it without my knowledge or consent and refused to give it back to me when I discovered his modifications. This is part of a pattern of adverse actions, disparity in treatment and retaliation for my prior EEO activity. It was done with the same individual and with the same effect-causing a racially hostile work environment and a continuing pattern of harassment at my work location against me. Also, this had the potential to destroy me as a Senior Inspector working in Honolulu, Hawaii.

ISSUE 12:   DENIED TRAINING

Q:   What training did you request? Have any of your training requests been approved? Was the training denied you relevant? Who denied it and what was the reason given? Who else requested and was approved for the training that you were denied? How did the denial of training harm you?

79.   The Honolulu District Office prides itself on the fact that virtually all of its personnel at the Honolulu International Airport have Yakuza training. The Senior unit is the recognized expert in this field. Yakuza training is training regarding the male, Japanese criminal. Kelly Brehm expects me to be an expert in various areas such as detecting/training in document fraud and Asian Organized Crime, specifically the Japanese Organized Criminals-Yakuza. In fact Kelly Brehm individually states that we (his Senior Inspectors) are the experts in Japanese Organized Criminals-Yakuza. He made this statement after reading the MONTHLY THREAT ASSESSMENT report by the Department of Justice when he came across an article of a Yakuza intercept by San Francisco INS (my Exhibit

EXHIBIT "30"    Initials
001491