# Exhibit "31"

ISSUE 11:    MANAGEMENT CHANGED COMPLAINANT'S AFFIDAVIT

44. Part of a Senior Immigration Inspector's job is to take statements from people entering the United States who we suspect should be denied entry and from witnesses connected with those aliens. After taking the statement, the Senior Inspector writes an affidavit in which he swears to what he learned in the course of investigating the alien in question. That affidavit becomes part of the file that goes to the U.S. Attorney who determines the disposition of the case at issue.

45. The U.S. Attorney has complimented the Senior Immigration Inspector unit on the affidavits that come out of this office. I must take some credit for that because I review all of the affidavits submitted. I consider it part of my job to ensure that the paperwork forwarded is accurate and complete. While the Senior Inspector signs the affidavits he submits, I am involved in the preparation of those affidavits.

46. The affidavit about which Andrew Lopez is complaining concerned a smuggler who swore to having received 100,000 yen in exchange for assisting a woman with a bad passport to enter the United States. Andrew Lopez took the smuggler's statement but appeared to be confused as to the amount of remuneration the smuggler received because the statement itself did not clarify whether the 100,000 yen was over and above the cost of the smuggler's airfare. I checked with the airlines and learned that the airline tickets for the smuggler and the woman he assisted alone cost 362,000 yen. One could only deduce that the 100,000 yen the smuggler swore to having received