# Exhibit "39"

EMPLOYEE NAME: Andrew Lopez ███                              ███ PAGE 10 OF 20

## PART II--PROGRESS REVIEW RECORD (Progress Review Notes, if any)

For the period from 04/01/98 through 09/30/98.

During this period, SRI Lopez submitted two G-392 Intelligence Reports. The recommended number for this period of time is six. A review of available records does not indicate that SRI Lopez submitted any Fraud Bulletins, Document Alerts or Intelligence Alerts. He did make one report to the Officer-In-Charge in Seoul, Korea regarding the interview of a US citizen who was questioned here about his involvement in alien smuggling. This memo should best be looked at as an intelligence report.

SRI Lopez needs to make a much more determined effort to participate in the SRI Unit's intelligence program. There are a wide variety of intelligence activities he could become involved in. The creation of G-392's is perhaps the easiest. There are no restrictions on when these reports can or should be submitted. All that is required is that they be completely researched with the inclusion of information from as many different sources as possible. SRI Lopez could also get involved in the generation of Fraud Bulletins for the use of international carriers serving Honolulu. These Bulletins help carriers to avoid fines for bringing fraudulently documented aliens to the US.

SRI Lopez may wish to consider creating document alerts for Inspectors. He has been given training in the use of the port's digital imaging equipment and could use it to produce color reproductions of the latest fraudulent document intercepts.

There may be other intelligence projects SRI Lopez has in mind which would surely meet the requirements of his position description if discussed with his first-line supervisor.

## PART III--PERFORMANCE ACHIEVEMENTS (Briefly compare employee's achievements against performance standards.)

## PART IV--INDIVIDUAL ELEMENT RATING (See page 2 of the instructions for the definitions of the Individual Rating Levels.)

OUTSTANDING ☐   EXCELLENT ☐   FULLY SUCCESSFUL ☐   MINIMALLY SATISFACTORY ☐   UNACCEPTABLE ☐

EXHIBIT "39"