# Exhibit "42"

Author:  Leonard S Soon at W  -HHW-HNL-001
Date:    2/3/99  2:49 PM
Priority: Normal
TO: Keith Fukunaga, Mail List - #Management Staff, Mail List - #Supervisors
Subject: Re: TRAVEL STATUS

        Leroy,

        Please have Keith resume providing list of names for booth assignment
        purposes for blitz/roving until return of SRI Lopez.

        Leonard


_____ Reply Separator _____
Subject: TRAVEL STATUS
Author:  Sandra Y Sherlock at WRO-HHW-HNL-001
Date:    2/3/99 2:40 PM


        THE FOLLOWING PERSONNEL HAVE BEEN ASSIGNED DETAILS AS SHOWN:

        KOJIMA, CLAUDE      ASSIST IN PROCESSING ILLEGAL CHINESE ALIENS
        LOPEZ, ANDREW       IN AGANA, GUAM FROM 2/6 TO 2/17
                            T/S 2/4 & 2/18

EXHIBIT "42"