**TABLE OF AUTHORITIES**

**CASES**                                                                 **PAGE(S)**

Agnew v. BASF Corp., 286 F.3d 307 (6th Cir. 2002) ............ 17

Anderson v. Liberty Lobby, Inc., 477 U.S. 242,
    106 S.Ct. 2505 (1986) ................................. 3, 8

Barmag Barmer Maschinenfabrik AG v. Murata Machine, Ltd.,
    731 F.2d 831 (Fed. Cir. 1984) ............................ 3

Caudle v. Bristow Optical Co., 224 F.3d 1014 (9th Cir.
    2000) .................................................... 6

Celotex Corp. v. Catrett, 477 U.S. 317, 106 S.Ct. 2548
    (1986) ................................................... 5

Chen v. Washington, 86 Wash. App. 183, 937 P.2d 612
    (Wash. Ct. App. 1997) .................................... 9

Clark County Sch. Dist. v. Breeden, 532 U.S. 268, 121
    S.Ct. 1508 (2001) ....................................... 13

Coghlan v. American Seafoods Co. LLC., 413 F.3d 1090
    (9th Cir. 2005) .......................................... 9

Courtney v. Canyon Television & Appliance Rental. Inc.,
    899 F.2d 845 (9th Cir. 1990) ............................ 14

Crowe v. Wiltel Communications Systems, 103 F.3d 897
    (9th Cir. 1996) ....................................... 5, 6

Draper v. Coeur Rochester, Inc., 147 F.3d 1104 (9th Cir.
    1998) .................................................... 1

Faragher v. City of Boca Raton, 524 U.S. 775 (1998) ....... 1, 2

Felton v. Polles, 315 F.3d 470 (5th Cir. 2002) .............. 17

Givens v. Cingular Wireless, 396 F.3d 998
    (8th Cir. 2005) ......................................... 17

Golden v. CH2M Hill Hanford Group, Inc., No. CV-04-5076LRS
    2005 WL 1868794 (E.D. Wash. Jul. 29, 2005) .............. 15

Grimwood v. University of Puget Sound, Inc., 753 P.2d at
    522 (1988) .................................................. 10

Jeffers v. Thompson, 264 F.Supp.2d 314 (D. Md. 2003) ......... 17

Kortan v. California Youth Authority, 217 F.3d 1104
    (9th cir. 2000) ............................................. 16

Lemnitzer v. Philippine Airlines, Inc., 816 F.Supp. 1441
    (N.D. Cal. 1992) ............................................ 11

Lyons v. England, 307 F.3d 1092 (9th Cir. 2002) .......... 13, 16

Matsushita Electric Industrial Co. v. Zenith Radio
    Corp., 475 U.S. 574, 106 S.Ct. 1348 (1986) ............... 8

National Railroad Passenger Corp. v. Morgan, 586 U.S. 101,
    122 S.Ct. 2061 (2002) ....................................... 5

Nichols v. Azteca Restaurant Enterprises, Inc.,
    256 F.3d 864 (9th Cir. 2001) ................................ 1

Nidds v. Schindler Elevator Corp., 113 F.3d 912,
    cert. denied, 522 U.S. 950, 118 S.Ct. 369,
    139 L.Ed.2d 287 (1997) ..................................... 10

Oncale v. Sundowner Offshore Servs, Inc., 523 U.S.
    75 (1998) ................................................... 1

Poppell v. City of San Diego, 149 F.3d 951 (9th Cir. 1998) ... 15

Rodriguez v. Airborne Express, 265 F.3d 890 (9th Cir. 2001) ... 3

Sebastian Intern., Inc. v. Russolillo, No. CV00-3476,
    2005 WL 1323127, (C.D. Cal. Feb. 22, 2005) .............. 12

Stegall v. Citadel Broadcasting Co., 350 F.3d 1061
    (9th Cir. 2004) ............................................. 9

Taylor v. Small, 350 F.3d 1286 (D.C. Cir. 2003) ............. 17

Warren v. City of Carlsbad, 58 F.3d 439 (9th Cir. 1995) ... 9, 10

Watson v. Las Vegas Valley Water District, 378 F.Supp.2d
    1269 (D. Nev. 2005) ........................................ 13


Williams v. Holiday Inn, No. C-95-0832 MHP, 1997 WL
    68561 (N.D. Cal. Feb. 3, 1997) .......................... 4