```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANDREW LOPEZ, | ) | CIVIL 03-00011 DAE LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF COMPLIANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN ASHCROFT, in his | ) | |
| capacity as the Attorney | ) | |
| General, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.5(b) and LR 7.5(e), the attached Reply to Plaintiff's Memorandum of Law In Opposition to Defendant's

Motion for Partial Summary Judgment contains 3993 words.

       I certify under the penalty of perjury that the foregoing is true and correct.

       DATED:  January 17, 2006, at Honolulu, Hawaii.

                       EDWARD H. KUBO, JR.
                       United States Attorney
                       District of Hawaii

                       /s/ Harry Yee

                       By_____
                         HARRY YEE
                         Assistant U.S. Attorney

                       Attorneys for Defendant