# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00011DAE-LEK

CASE NAME:        Andrew Lopez v. John Ashcroft, in his capacity as the
                  Attorney General

ATTYS FOR PLA:    Clayton Ikei

ATTYS FOR DEFT:   Harry Yee

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:    1/17/2006                 TIME:        10:30am-11:00am

---

COURT ACTION:  EP:  Defendant's Motion for Partial Summary Judgment.

Oral arguments heard.

Defendant's Motion for Partial Summary Judgment-WITHDRAWN without prejudice.

Court to prepare order.

Submitted by:  Theresa Lam, Courtroom Manager