IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ, | ) CIVIL NO. 03-00011 DAE LEK )  |
| Plaintiff, | ) CERTIFICATE OF SERVICE ) |
| v. | ) ) |
| ALBERTO R. GONZALES, in his capacity as the Attorney General, | ) ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties via U.S. Mail, postage prepaid, at their last known address on March 30, 2006:

TO: EDWARD H. KUBO, JR.
United States Attorney, District of Hawaii
HARRY YEE
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100

Attorney for Defendant
ALBERTO R. GONZALES,
in his capacity as
the Attorney General

DATED:   Honolulu, Hawaii, March 30, 2006.

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
ANDREW LOPEZ