IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANDREW LOPEZ, | ) | CV NO 03-00011 DAE LEK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN ASHCROFT, in his capacity as the Attorney General, | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT'S
REQUEST FOR EXTENSION OF TIME TO FILE REPLY

On April 3, 2006, Defendant John Ashcroft ("Defendant") submitted a letter to the Court seeking approval to file their Reply to Plaintiff Andrew Lopez's ("Plaintiff") Memorandum of Law in Opposition to Defendant's Motion for Partial Dismissal on April 10, 2006. The Reply is currently due on April 6, 2006. However, Plaintiff's counsel has agreed to Defendant's four-day delay in filing the Reply.

IT IS HEREBY ORDERED that Defendant may submit a Reply on April 10, 2006.

DATED: Honolulu, Hawaii, April 4, 2006.



_____
David Alan Ezra
United States District Judge

Lopez v. Ashcroft, CV No. 03-00011; ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY