# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00011DAE-LEK |
| CASE NAME: | Andrew Lopez v. John Ashcroft, in his capacity as the Attorney General |
| ATTYS FOR PLA: | Clayton C. Ikei |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/17/2006 | TIME: | 9:45am-10:30am |

COURT ACTION:  EP:  MOTION to Dismiss Defendant's Motion for Partial Dismissal. MOTION for Partial Summary Judgment.

Oral arguments heard.

MOTION to Dismiss Defendant's Motion for Partial Dismissal- TAKEN UNDER ADVISEMENT.

MOTION for Partial Summary Judgment- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager