# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00011DAE-LEK

CASE NAME:     Andrew Lopez vs. John Ashcroft, in his capacity as the Attorney General

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:     5/2/2006                        TIME:

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.     Jury trial on January 9, 2007 at 9:00 a.m. before DAE
2.     Final Pretrial Conference on November 28, 2006 at 9:00 a.m. before LEK
3.     Final Pretrial Conference before District Judge N/A
4.     Final Pretrial Statement by November 21, 2006
5.     File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.     File other Non-Dispositive Motions by **N/A**
7.     File Dispositive Motions by **N/A**
8a.    File Motions in Limine by December 19, 2006
8b.    File opposition memo to a Motion in Limine by December 26, 2006
11a.   Plaintiff's Expert Witness Disclosures by **N/A**
11b.   Defendant's Expert Witness Disclosures by **N/A**
12.    Discovery deadline November **9**, 2006
13.    Settlement Conference set for August 9, 2006 at 2:00 p.m. before LEK
14.    Settlement Conference statements by August 2, 2006
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by December 26, 2006
21.    File Final witness list by December 19, 2006
24.    Exchange Exhibit and Demonstrative aids by December 12, 2006
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 19,

2006
26.    File objections to the Exhibits by December 26, 2006
28a.   File Deposition Excerpt Designations by December 19, 2006
28b.   File Deposition Counter Designations and Objections by December 26, 2006
29.    File Trial Brief by December 26, 2006
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued


Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00011DAE-LEK;
Andrew Lopez vs. John Ashcroft, in his capacity as the Attorney General;
Rule 16 Scheduling Conference Minutes
5/2/2006