EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Harry.Yee@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN ASHCROFT, in his ) <br> capacity as the Attorney ) <br> General, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 03-00011 DAE LEK <br><br> DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT; DECLARATION OF CARMEN EVERETT; EXHIBITS "1"-"6"; CERTIFICATE OF SERVICE <br><br> JUDGE:  DAVID A. EZRA |

DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Alberto R. Gonzales, the Attorney General of the United States (substituting for former Attorney General John Ashcroft), by and through the undersigned United States Attorney, moves this Court for summary judgment on plaintiff's allegations found at paragraph 11(d) of his complaint, in which Mr. Lopez alleges that defendant's employees discriminated against

plaintiff on the basis of his race, national origin, and creating a hostile work environment in retaliation for plaintiff's two formal EEO claims.  This specific claim is the last remaining cause of action, subsequent to the Court's Order of April 20, 2006.  The grounds for this motion are set forth in the attached memorandum in support.

        DATED:  May 9, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              /s/ Harry Yee

                              By_____
                                HARRY YEE
                                Assistant U.S. Attorney

                              Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Clayton C. Ikei
    CCIOffice@hawaii.rr.com

    Attorney for Plaintiff
    Andrew Lopez

Served by First Class Mail:

    Jerry P.S. Chang, Esq.
    1440 Kapiolani Blvd., Suite 1203
    Honolulu, HI 96814

    Attorney for Plaintiff
    Andrew Lopez

DATED:  May 9, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda
_____