IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ, ) | CIVIL NO. 03-00011 DAE LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF CARMEN EVERETT; |
| ) | EXHIBITS "1" - "6" |
| vs. ) | |
| ) | |
| JOHN ASHCROFT, in his ) | |
| capacity as the Attorney ) | |
| General, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DECLARATION OF CARMEN EVERETT

I, Carmen Everett, declare that:

I am the Senior Administrative Law Attorney for the U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Office of the Principal Legal Advisor. I am familiar with the documents described below.

This case arose from two (2) Equal Employment Opportunity complaints filed by the plaintiff - Agency No. I-98-W064/EEOC No. 370-A2-X2467 and Agency No. 1-99-W095/EEOC No. 370-A0-X277.

1. Attached as Exhibit 1 is a true and correct copy of Agency No. I-98-W064, RA at page 001483 paragraph 45, Affidavit of Andrew Lopez dated February 22, 1999.

2. Attached as Exhibit 2 is a true and correct copy of Agency No. I-98-W064, RA at page 001605-001622, Performance Appraisal Record of Andrew Lopez for rating period 9/29/96 - 6/9/97.

3. Attached as Exhibit 3 is a true and correct copy of Agency No. I-98-W064, RA at pages 001504-001522, Performance Appraisal Record signed by Andrew Lopez 5/6/97.

4. Attached as Exhibit 4 is a true and correct copy of Agency No. I-98-W064, RA at page 001654, Affidavit of Kelly B. Brehm dated January 24, 1999.

5. Attached as Exhibit 5 is a true and correct copy of Agency No. I-98-W064, RA at page 001482, Affidavit of Andrew Lopez dated February 22, 1999.

6. Attached as Exhibit 6 is a true and correct copy of Agency No. I-98-W064, RA at page 001653, Affidavit of Kelly B Brehm dated January 24, 1999.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

DATED: May 8, 2006.

Carmen Everett

2