Airport participated in the illicit modifications as well as the service of the PWP's created a need for me to live in constant fear of reprisals by Kelly Brehm, DPD Steve Roberson, APD Patricia A. Murray, then Acting Assistant Port Director (SII) Fran Kovaloff and everyone under their supervision in the chain of command. This, of course, includes every manager at the port of entry, Honolulu, Hawaii.

43. I was the only Senior Inspector to have a PWP signed by Area Port Director (APD) Patricia A. Murray, the highest ranking Service officer at the Honolulu International Airport. With this one signature, APD Murray demonstrated her knowledge of the facts surrounding this PWP as well as her seal of approval and full support to those Managers involved in the PWP service behavior. No other Senior inspector had such a jump in the chain of command from having their first line and second line supervisor's signatures, as prescribed by Service policy, to the highest ranking Service official at the place of employment. Further, no other Senior Inspector had the involvement of yet another high ranking manager witness the service of their PWP.

44. This is the only PWP that was not given to me by a Service official. In fact, to this date, I have not been provided with a copy of this PWP-I had to obtain this one through a Freedom of Information (FOIA) request. This is significant because I was provided with a copy of all the other PWP's served to me prior to this one-a Honolulu International Airport policy/practice. I can only assume that this PWP and its final contents were never meant to be shown to me.

45. A comparison between the original Performance Work Plan signed by me on 05/6/97, (My Exhibit AN), and the one placed in my official personnel folder, ( My Exhibit BG), reveals that only the cover page, the page signed by me on 05/6/97 under the heading, "ACKNOWLEDGMENT OF DEVELOPMENT, DISCUSSION AND APPROVAL OF PERFORMANCE WORK PLAN" as well as the two (2) page "INSTRUCTIONS" sheet was retained. The other eighteen (18) pages, "PARTS I-IV" and "PART V" as well as the last "signature page" were discarded by Kelly Brehm. In addition, the cover page itself was modified from the original. The "Rating Period" was filled in after my signature was obtained to reflect a different rating period than the one discussed during the signature/service on 05/06/97. Also, under the heading "Rating Period" two paragraphs were added that were not originally present during the signature/service on 05/06/97. These modifications revealed to me that Kelly Brehm totally falsified the contents of an originally signed Performance Work Plan on 05/6/97 by cutting/pasting/modifying and discarding over ninety-five (95%) of the contents of the Performance Work Plan. I believe that Kelly Brehm's actions were criminal. He took an official government document that I had signed and pasted it up to produce a fallacious document that I did not sign. Further, he sent this official government document foward to a permanent official government depository, my Official Personnel Folder (OPF).

EXHIBIT "1"