# Exhibit "6"

when he came on board because he had no Inspections experience, a prerequisite, in my opinion, to performing Senior Immigration Inspector duties at a Fully Successful level. For instance, I did not expect that he would be able to determine whether a case could be prosecuted or to know how to present cases to the United States Attorney without some background in Inspections. As I said before, immediately upon his arrival at the Honolulu International Airport, I placed Andrew in Inspections working with the Immigration Inspectors to learn how Inspections works and I did not place a time limit on that training because I did not want it to terminate before he had learned enough to use that information in a Senior Immigration Inspector capacity.

17. Although my intentions were good, I later learned that my way of handling Andrew's PWP was not the best. I was told that Andrew needed to have a PWP in place even though he was not performing Senior Inspector duties. Patricia Murray, the Area Port Director, suggested giving him a PWP that noted his training status and deferred his rating until 90 days after the date of official service. I was also told to move the comments from the evaluation portion to the performance review portion of Andrew's PWP. I did so and gave Andrew his first PWP on May 6, 1997. The rating period under this PWP would end in ~~October~~ August, 1997.

18. Andrew did not return the PWP to me and he told me that he would not sign it. I discussed the situation with Steve Roberson, my supervisor, and we decided it would be best for us both to meet with Andrew Lopez regarding his non-acceptance of the