**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI     1260
JERRY P.S. CHANG    6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
ANDREW LOPEZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at __ o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, in his capacity as the Attorney General,<br><br>    Defendant. | CIVIL NO. 03-00011 DAE LEK<br><br>PLAINTIFF'S STATEMENT OF NO POSITION AS TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT FILED ON MAY 9, 2006; CERTIFICATE OF SERVICE<br><br>**DATE:** 8/21/2006<br>**TIME:** 9:45 a.m.<br>**JUDGE:** Hon. David A. Ezra<br><br>**TRIAL DATE:** N/A |

**PLAINTIFF'S STATEMENT OF NO POSITION AS TO DEFENDANT'S
SECOND MOTION FOR SUMMARY JUDGMENT FILED ON MAY 9, 2006**

Comes now Plaintiff Andrew Lopez and owing to this Court's Order Granting Defendant's Motion for Partial Dismissal and Summary Judgment filed in this matter on April 20, 2006, and states that he has no position as to Defendant's Second Motion for Summary Judgment filed herein on May 9, 2006 and scheduled for hearing on August 21, 2006.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ, | ) CIVIL NO. 03-00011 DAE LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) (RE: PLAINTIFF'S STATEMENT OF<br>) NO POSITION AS TO DEFENDANT'S<br>) SECOND MOTION FOR SUMMARY<br>) JUDGMENT FILED ON MAY 9, 2006)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| JOHN ASHCROFT, in his capacity as the Attorney General, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individual by depositing the same in the U.S. mail, postage prepaid, to their last known address on August 1, 2006:

   TO:   EDWARD H. KUBO, JR.
         United States Attorney, District of Hawaii
         HARRY YEE
         Assistant U.S. Attorney
         Room 6-100, PJKK Federal Building
         300 Ala Moana Blvd.
         Honolulu, Hawaii  96850-6100

         Attorney for Defendant
         JOHN ASHCROFT

   DATED:   Honolulu, Hawaii, August 1, 2006.

                                    _____
                                    CLAYTON C. IKEI
                                    JERRY P.S. CHANG

                                    Attorneys for Plaintiff
                                    ANDREW LOPEZ

Accordingly, Plaintiff will file no opposing papers to said Motion as his opposition to Defendant's motions for dismissal has been previously filed herein. Plaintiff does reserve his right to file his timely Appeal from this Court's Order filed on April 20, 2006.

DATED:   Honolulu, Hawaii, August 1, 2006.

_____
CLAYTON C. IKEI
Attorney for Plaintiff
ANDREW LOPEZ