AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW LOPEZ,<br><br>Plaintiff,<br><br>V.<br><br>JOHN ASHCROFT, in his capacity<br>as the Attorney General,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 03-00011DAE-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 1, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Decision by Court**. This action came for hearing before the Court and this action came for consideration before the Court. The issues have been heard and the issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Summary Judgment is entered in favor of Defendant and against Plaintiff, and is entered as pursuant to the "Order Granting Defendant's Motions for Partial Dismissal and Partial Summary Judgment" filed on April 20, 2006, and as pursuant to the "Order Granting Defendant's Second Motion for Summary Judgment" filed on September 1, 2006.

cc:   All Counsel of Record

| September 1, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |